Per curiam.

## PETREE V. CARR.

### *Equity.*

(Decided July 6, 1906. 41 So. Rep. 1037.)

APPEAL from Franklin Chancery Court.
Heard before Hon. W. H. SIMPSON.
JAMES & WILLIAMS, for appellant.
ALMON & ALMON, for appellee.
Appeal dismissed.
Per curiam.

## PROVITT V. THE STATE.

(Decided May 17, 1906. 41 So. Rep. 1038.)

APPEAL from Pike County Law Court.
Heard before Hon. A. H. OWENS.
D. A. BAKER, for appellant.
MASSEY WILSON, Attorney General, for State.
Appeal dismissed.
Per curiam.

## SLOSS-SHEFFIELD IRON CO. V. SMITH.

### *Damages.*

(Decided June 13, 1906. 41 So. Rep. 1038.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.
TILLMAN, GRUBB, BRADLEY & MORROW, for appellant.
BOWMAN, HARSH & BEDDOW, for appellee.
Appeal dismissed.
Per curiam.